# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD H. MOLKE, JR.<br><br>            Plaintiff,<br>    v.<br><br>KURT TANNER, d/b/a KURT TANNER MOTORCARS, et al.<br><br>            Defendants. | Case No. 2:17-cv-04724-FFM<br><br>**[~~PROPOSED~~]**<br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Upon the stipulation of PLAINTIFF and Defendants KURT TANNER d/b/a KURT TANNER MOTORCARS and CLASSIC SHOWCASE, INC. requesting that this Court dismiss this cause, with prejudice, each party to bear its own costs and fees,

Being fully advised, it is now ORDERED that the instant action is DISMISSED, with prejudice.

DATE: February 22, 2018                            /S/ Frederick F. Mumm
                                                              FREDERICK F. MUMM
                                               UNITED STATES MAGISTRATE JUDGE